IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**ROBERT A. WILLIAMS II,**　　　　　　　　　Civil Action No. 2:09-cv-830

　　　　　　**Plaintiff,**

　　　　　　　　　　　　　　　　　　　　　　**ELECTRONICALLY FILED**

v.

**THE ROMAN ARCHDIOCESE OF
GREENSBURG,**

　　　　　　**Defendant.**

## ORDER

AND NOW, this 19th day of March 2010, pursuant to the Stipulation for Dismissal with Prejudice filed by the parties, it is hereby ORDERED that this case is dismissed with prejudice, each party to bear its own costs and expenses, including attorney's fees. This Court will retain jurisdiction solely for the purpose of enforcing the settlement agreement between the parties.

BY THE COURT:

_____ J.